**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

---

No. 96-20942

---

EMMA J. HAYNES,

Plaintiff-Appellant,

VERSUS

THE UNIVERSITY OF TEXAS M.D. ANDERSON
CANCER CENTER,

Defendant-Appellee.

---

Appeal from the United States District Court
For the Southern District of Texas

(H-95-CV-2611)

---

May 20, 1997

Before KING, JOLLY and DENNIS, Circuit Judges.

PER CURIAM:[*]

Emma Haynes appeals from the district court's grant of the University of Texas M.D. Anderson Cancer Center's motion for summary judgment in her employment discrimination action under Title VII, 42 U.S.C. § 2000e *et seq.* Haynes alleges failure to promote and wrongful termination in violation of Title VII. The

---

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

district court concluded, *inter alia*, that Haynes was unable to raise a genuine issue of material fact regarding the articulated non-discriminatory reasons proffered by the hospital to explain both not promoting Haynes and subsequently firing her.

We have reviewed the record and the parties' briefs and find no reversible error.  Therefore, we AFFIRM the grant of summary judgment.